**Electronically Filed
Supreme Court
SCWC-20-0000514
05-DEC-2024
07:51 AM
Dkt. 17 ODAC**

SCWC-20-0000514

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

NANCY E. MCGEE,
Petitioner/Plaintiff/Appellant-Appellant

vs.

CAMPAIGN SPENDING COMMISSION, STATE OF HAWAIʻI;
CALVIN K.Y. SAY, and FRIENDS OF CALVIN SAY,
an unincorporated candidate committee,
Respondents/Defendants/Appellees-Appellees

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000514; CASE NO. 1CC151000491)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Nancy E. McGee's Application for Writ of

Certiorari, filed on October 7, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 5, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

